# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tanya Mack fka Tanya Reph<br>                               Debtor | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8<br>                               Movant<br>     vs.<br>Tanya Mack fka Tanya Reph<br>                               Debtor<br><br>Scott Waterman                   Trustee | NO. 19-14476 PMM |

## **ORDER**

      AND NOW, this 14th day of December, 2020 at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

      ORDERED THAT: The Court shall restrict public access to the original Notice of Payment Change and accompanying documents (Claim 7);

      It is further, ORDERED that Movant is allowed to proceed with filing a corrective Notice of Payment Change and accompanying documents with the loan number redacted in all documents compliance with Fed. R .Bankr. P. 9037 and made part of the Court record.

*Patricia M. Mayer*

United States Bankruptcy Judge.

Tanya Mack fka Tanya Reph
936 N 26th Street
Philadelphia, PA 19130

Patrick J. Best
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532