United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14476-pmm |
| Tanya Mack | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanya Mack, 3926 East Grant Street, Slatedale, PA 18079-2103 |
| | + | KML Law Group, P.C., Suite 500, BNY Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL J. SHAVEL | on behalf of Creditor The Bank Of New York Mellon Et al. mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com |
| PATRICK J. BEST | on behalf of Debtor Tanya Mack patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York ad Trustee for The Certificateholder of The CWABS,INC., Asset- Backed Certificates, Series 2007-8 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | |

District/off: 0313-4 User: Adminstra Page 2 of 2
Date Rcvd: Dec 14, 2020 Form ID: pdf900 Total Noticed: 2

on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Tanya Mack fka Tanya Reph<br>　　　　　　　　　Debtor | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8<br>　　　　　　　　　Movant<br>　　　vs.<br>Tanya Mack fka Tanya Reph<br>　　　　　　　　　Debtor<br><br>Scott Waterman　　　　　　Trustee | NO. 19-14476 PMM |

**ORDER**

AND NOW, this 14th day of December, 2020 at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Court shall restrict public access to the original Notice of Payment Change and accompanying documents (Claim 7);

It is further, ORDERED that Movant is allowed to proceed with filing a corrective Notice of Payment Change and accompanying documents with the loan number redacted in all documents compliance with Fed. R .Bankr. P. 9037 and made part of the Court record.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Tanya Mack fka Tanya Reph
936 N 26th Street
Philadelphia, PA 19130

Patrick J. Best
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532