| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-14476-PMM

TANYA MACK
3926 EAST GRANT STREET
SLATEDALE  PA    18079

Petition Filed Date: 07/16/2019
341 Hearing Date: 08/27/2019
Confirmation Date: 02/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $587.52 | | 03/02/2020 | $590.23 | | 03/30/2020 | $590.23 | |
| 04/27/2020 | $590.23 | | 06/02/2020 | $590.23 | | 06/29/2020 | $590.23 | |
| 07/21/2020 | $590.23 | | 09/01/2020 | $590.23 | | 10/13/2020 | $590.23 | |
| 11/24/2020 | $590.23 | | 12/22/2020 | $590.23 | | 01/28/2021 | $590.23 | |
| 02/24/2021 | $590.23 | | 03/25/2021 | $590.23 | | 04/26/2021 | $590.23 | |
| 05/27/2021 | $590.23 | | | | | | | |

**Total Receipts for the Period: $9,440.97   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,180.97**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | PATRICK J BEST, ESQ. | Attorney Fees | $3,527.50 | $3,527.50 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $1,688.60 | $424.60 | $1,264.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $52.25 | $0.00 | $52.25 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 003 | Unsecured Creditors | $17,868.36 | $0.00 | $17,868.36 |
| 4 | DEBRA E. CRESSMAN, MD & THOMAS E. YABLONSKI, MD<br>»» 004 | Unsecured Creditors | $904.01 | $0.00 | $904.01 |
| 5 | ATLAS ACQUISITIONS LLC<br>»» 005 | Unsecured Creditors | $713.22 | $0.00 | $713.22 |
| 6 | PPL ELECTRIC UTILITIES<br>»» 006 | Unsecured Creditors | $23,368.67 | $0.00 | $23,368.67 |
| 7 | NEWREZ LLC  D/B/A<br>»» 007 | Mortgage Arrears | $26,465.88 | $6,654.97 | $19,810.91 |

Chapter 13 Case No. 19-14476-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,180.97 | Current Monthly Payment: | $590.23 |
| Paid to Claims: | $10,607.07 | Arrearages: | $592.94 |
| Paid to Trustee: | $1,042.69 | Total Plan Base: | $35,202.65 |
| Funds on Hand: | $531.21 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.