| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-14476-PMM**

TANYA  MACK
3926 EAST GRANT STREET
SLATEDALE  PA    18079

Petition Filed Date: 07/16/2019
341 Hearing Date: 08/27/2019
Confirmation Date: 02/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $590.23 | | 05/27/2021 | $590.23 | | 06/29/2021 | $590.23 | |
| 07/29/2021 | $590.23 | | 08/30/2021 | $590.23 | | 09/29/2021 | $590.23 | |
| 10/27/2021 | $590.23 | | 11/30/2021 | $590.23 | | 12/29/2021 | $590.23 | |
| 01/31/2022 | $590.23 | | 02/28/2022 | $590.23 | | 03/31/2022 | $590.23 | |
| 04/29/2022 | $300.00 | | 05/13/2022 | $300.00 | | 05/31/2022 | $300.00 | |
| 06/13/2022 | $300.00 | | | | | | | |

**Total Receipts for the Period:  $8,282.76    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $19,283.27**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PATRICK J BEST, ESQ. | Attorney Fees | $3,527.50 | $3,527.50 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $1,688.60 | $845.54 | $843.06 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $52.25 | $0.00 | $52.25 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 003 | Unsecured Creditors | $17,868.36 | $0.00 | $17,868.36 |
| 4 | DEBRA E. CRESSMAN, MD & THOMAS E. YABLONSKI, MD<br>»» 004 | Unsecured Creditors | $904.01 | $0.00 | $904.01 |
| 5 | ATLAS ACQUISITIONS LLC<br>»» 005 | Unsecured Creditors | $713.22 | $0.00 | $713.22 |
| 6 | PPL ELECTRIC UTILITIES<br>»» 006 | Unsecured Creditors | $23,368.67 | $0.00 | $23,368.67 |
| 7 | NEWREZ LLC  D/B/A<br>»» 007 | Mortgage Arrears | $26,465.88 | $13,252.14 | $13,213.74 |

**Chapter 13 Case No. 19-14476-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,283.27 | Current Monthly Payment: | $590.23 |
| Paid to Claims: | $17,625.18 | Arrearages: | $1,753.86 |
| Paid to Trustee: | $1,658.09 | Total Plan Base: | $35,202.65 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.