# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**  Tanya Mack                                          :     **Chapter 13**
                                                                :
                                                                :     **Case No. (PMM)** 19-14476
                                                                :
**Debtor[s] .**                                                 :

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 45 , the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 47 ) is **approved**.


**Date:**                                                      _____
                                                                **PATRICIA M. MAYER**
                                                                **U.S. BANKRUPTCY JUDGE**