# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:** Tanya Mack : Chapter 13
: 
: Case No. (PMM) 19-14476
:
**Debtor[s] .** :

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 45 , the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 47 ) is **approved**.

*Patricia M. Mayer*

**Date:** 10/6/22

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**