United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tanya Mack  
    Debtor

Case No. 19-14476-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jun 29, 2023      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanya Mack, 3926 East Grant Street, Slatedale, PA 18079-2103 |
| cr | #+ | The Bank Of New York Mellon, Et al., c/o Michael J. Shavel Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250 Yardley, PA 19067-5565 |
| 14381419 | + | Debra E. Cressman, MD & Thomas E. Yablonski,, PO Box 90301, Allentown, PA 18109-0301 |
| 14358016 | + | Hamilton Law Group, Po Box 90301, Allentown, PA 18109-0301 |
| 14358020 | + | PPL Electric Utilities, PO Box 25222, Lehigh Valley, PA 18002-5222 |
| 14358024 | | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |
| 14358025 | + | Trident Asst, 53 Perimeter Center East Suite 440, Atlanta, GA 30346-2230 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 30 2023 00:34:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 30 2023 00:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | Jun 30 2023 00:33:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 30 2023 00:41:23 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14379687 | | Email/Text: bnc@atlasacq.com | Jun 30 2023 00:33:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14385131 | | Email/Text: bnc@atlasacq.com | Jun 30 2023 00:33:00 | Atlas Acquisitions LLC, c/o Avi Schild, 492 Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 14358014 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 30 2023 00:34:00 | Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 14358015 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 30 2023 00:41:40 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14358017 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 30 2023 00:34:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14358018 | + | Email/Text: bnc-capio@quantum3group.com | | |

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: admin | | Page 2 of 3 |
| Date Rcvd: Jun 29, 2023 | Form ID: pdf900 | | Total Noticed: 25 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 30 2023 00:34:00 | Mba Law Offices/Capio, 3400 Texoma Pkwy Ste 100, Sherman, TX 75090-1916 |
| 14358019 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 30 2023 00:34:00 | New Res Shellpoint Mtg, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14358994 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 30 2023 00:41:44 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14358021 | | Email/Text: bankruptcy@payliance.com | Jun 30 2023 00:34:00 | Payliance, 3 Easton Oval Ste 210, Columbus, OH 43219 |
| 14361488 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2023 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14364525 | | Email/Text: bnc-quantum@quantum3group.com | Jun 30 2023 00:34:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14358023 | + | Email/Text: cs@securitycreditservicesllc.com | Jun 30 2023 00:34:00 | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-5442 |
| 14566899 | ^ | MEBN | Jun 30 2023 00:31:39 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14393313 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 30 2023 00:34:00 | The Bank of New York Mellon, et al., c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14358022 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York ad Trustee for The Certificateholder of The CWABS,INC., Asset- Backed Certificates, Series 2007-8 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MICHAEL J. SHAVEL | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: pdf900 | Total Noticed: 25 |

on behalf of Creditor The Bank Of New York Mellon Et al. mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

PATRICK J. BEST

on behalf of Debtor Tanya Mack patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    TANYA MACK

Chapter 13

Bankruptcy No. 19-14476-PMM

Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 29, 2023**

_____  
PATRICIA M. MAYER  
U.S. BANKRUPTCY JUDGE