**Fill in this information to identify the case:**

**Debtor 1**  Tanya Mack

**Debtor 2**
(Spouse, if filing)

**United States Bankruptcy Court for the :** Eastern    **District of**  Pennsylvania
                                                                        (State)

**Case number**    19-14476-

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8 | **Court claim no.** (if known): 7-3 |
| **Last four digits** of any number you use to identify the debtor's account:   XXXXXX2639 | **Date of payment change:** Must be at least 21 days after date of this notice    12/1/2020 |
| | **New total payment:** Principal, interest, and escrow, if any    $481.89 |

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**    $ 256.18         **New escrow payment :**    $ 244.59

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**    %         **New interest rate:**    %

   **Current principal and interest payment:**   $ _____    **New principal and interest payment:**   $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**   $ _____    **New mortgage payment:**   $ _____

| Debtor 1 | **Tanya Mack** | Case number *(if known)* 19-14476- |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/A. Michelle  Hart Ippoliti          Date   10/9/2020
     Signature

| Print: | A. Michelle | | Hart Ippoliti | Title | Authorized Agent for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company    McCalla Raymer Leibert Pierce, LLC

Address    1544 Old Alabama Road
           Number     Street
           Roswell              GA              30076
           City                 State           ZIP Code

Contact phone    678-281-6537          Email    Michelle.HartIppoliti@mccalla.com

In Re:

Tanya Mack

Bankruptcy Case No.: 19-14476-
Chapter: 13
Judge:

# CERTIFICATE OF SERVICE

I, A. Michelle Hart Ippoliti, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Tanya Mack
3926 East Grant Street
Slatedale, PA 18079

PATRICK J. BEST                                  (served via ECF Notification)
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

Scott F. Waterman, Trustee                       (served via ECF Notification)
2901 St Lawrence Ave
Suite 100
Reading, PA 19606

United States Trustee, U.S. Trustee              (served via ECF Notification)
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    10/19/2020        By:    /s/A. Michelle Hart Ippoliti
                (date)                   A. Michelle Hart Ippoliti
                                         Authorized Agent for Creditor

**Shellpoint Mortgage Servicing**
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

TANYA MACK
PO Box 74
Slatedale PA  18079

Analysis Date: September 30, 2020
Loan:
Property Address:
3926 East Grant Street
Slatedale, PA  18079

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Dec 01, 2020 | Prior Esc Pmt | November 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $237 30 | $237 30 | P & I Pmt: | $237 30 | Due Date: | October 01, 2018 |
| Escrow Pmt: | $0 00 | $244 59 | Escrow Pmt: | $256.18 | Escrow Balance: | $236 92 |
| Other Funds Pmt: | $0 00 | $0 00 | Other Funds Pmt: | $0 00 | Anticipated Pmts to Escrow: | $4,098 88 |
| Asst. Pmt (-): | $0 00 | $0 00 | Asst. Pmt (-): | $0 00 | Anticipated Pmts from Escrow (-): | $0 00 |
| Reserve Acct Pmt: | $0 00 | $0 00 | Resrv Acct Pmt: | $0 00 | | |
| Total Payment: | $237 30 | $481 89 | Total Payment: | $493.48 | Anticipated Escrow Balance: | $4,335 80 |

| Shortage/Overage Information | Effective Dec 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $2,935.08 |
| Required Cushion | $489.18 |
| Required Starting Balance | $1,222.95 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 489.18. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 489.18 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Nov 2019 to Nov 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 1,024.73 | (8,973 84) |
| Nov 2019 | 256.18 | 0.01 | | | * | | 1,280 91 | (8,973 83) |
| Nov 2019 | | 256.17 | | | * | Escrow Only Payment | 1,280 91 | (8,717.66) |
| Dec 2019 | 256.18 | 0.01 | | | * | | 1,537 09 | (8,717.65) |
| Dec 2019 | | 256.17 | | | * | Escrow Only Payment | 1,537 09 | (8,461.48) |
| Jan 2020 | 256.18 | 0.01 | | | * | | 1,793 27 | (8,461.47) |
| Jan 2020 | | 256.17 | | | * | Escrow Only Payment | 1,793 27 | (8,205 30) |
| Feb 2020 | 256.18 | 0.01 | | | * | | 2,049.45 | (8,205 29) |
| Feb 2020 | | 256.17 | | | * | Escrow Only Payment | 2,049.45 | (7,949.12) |
| Mar 2020 | 256.18 | 0.01 | | | * | | 2,305.63 | (7,949.11) |
| Mar 2020 | | 256.17 | | | * | Escrow Only Payment | 2,305.63 | (7,692 94) |
| Apr 2020 | 256.18 | 0.01 | | | * | | 2,561 81 | (7,692 93) |
| Apr 2020 | | 256.17 | | | * | Escrow Only Payment | 2,561 81 | (7,436.76) |
| May 2020 | 256.18 | 0.01 | 267.54 | 277.83 | * | County Tax | 2,550.45 | (7,714 58) |
| May 2020 | | | 92.63 | 92.63 | | Town Tax | 2,457 82 | (7,807 21) |
| May 2020 | | 256.17 | | | * | Escrow Only Payment | 2,457 82 | (7,551 04) |
| Jun 2020 | 256.18 | | | | * | | 2,714 00 | (7,551 04) |
| Jun 2020 | | 256.18 | | | * | Escrow Only Payment | 2,714 00 | (7,294 86) |
| Jul 2020 | 256.18 | | 1,322.36 | | * | Hazard | 1,647 82 | (7,294 86) |
| Jul 2020 | | 256.18 | | | * | Escrow Only Payment | 1,647 82 | (7,038.68) |
| Aug 2020 | 256.18 | | 1,391.64 | 1,431.62 | * | School Tax | 512 36 | (8,470 30) |
| Aug 2020 | | 256.18 | | | * | Escrow Only Payment | 512 36 | (8,214.12) |
| Aug 2020 | | | | 1,133 00 | * | Hazard | 512 36 | (9,347.12) |
| Sep 2020 | 256.18 | | | | * | | 768 54 | (9,347.12) |
| Sep 2020 | | 256.18 | | | * | Escrow Only Payment | 768 54 | (9,090 94) |
| Oct 2020 | 256.18 | | | | * | | 1,024.72 | (9,090 94) |
| | | | | | | Anticipated Transactions | 1,024.72 | (9,090 94) |
| Nov 2020 | | 4,098.88 P | | | | | | (4,992 06) |
| | $3,074.16 | $6,916.86 | $3,074.17 | $2,935.08 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

**P** - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Final

Analysis Date: September 30, 2020
Loan: 0578152639

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 4,335 80 | 1,222.95 |
| Dec 2020 | 244.59 | | | 4,580 39 | 1,467.54 |
| Jan 2021 | 244.59 | | | 4,824 98 | 1,712.13 |
| Feb 2021 | 244.59 | | | 5,069 57 | 1,956.72 |
| Mar 2021 | 244.59 | | | 5,314.16 | 2,201.31 |
| Apr 2021 | 244.59 | | | 5,558.75 | 2,445.90 |
| May 2021 | 244.59 | 277.83 | County Tax | 5,525 51 | 2,412.66 |
| May 2021 | | 92.63 | Town Tax | 5,432 88 | 2,320.03 |
| Jun 2021 | 244.59 | | | 5,677.47 | 2,564.62 |
| Jul 2021 | 244.59 | 1,133 00 | Hazard | 4,789 06 | 1,676.21 |
| Aug 2021 | 244.59 | 1,431.62 | School Tax | 3,602 03 | 489.18 |
| Sep 2021 | 244.59 | | | 3,846.62 | 733.77 |
| Oct 2021 | 244.59 | | | 4,091 21 | 978.36 |
| Nov 2021 | 244.59 | | | 4,335 80 | 1,222.95 |
| | $2,935.08 | $2,935.08 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)



A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 2,935.08. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $244 59 |
| Surplus Reduction: | $0 00 |
| Shortage Installment: | $0 00 |
| Rounding Adjustment Amount: | $0 00 |
| Escrow Payment: | $244 59 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**